IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| MARISSA PETERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:16-cv-96 |
| | ) |
| SALON XHILARATION | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 26, 2016, in response to Plaintiffs' Motion for Default Judgment.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiffs' Motion for Default Judgment is DENIED, and Plaintiffs' complaint is DISMISSED without prejudice.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 2, 2016